IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | NO: A-16-CR-347(9) SS |
| | § | |
| | § | |
| ROLAND IMOE | § | |

**MOTION TO ALLOW TRAVEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROLAND IMOE, and files this his motion to allow travel and would show the Court as follows:

I.

Roland Imoe is on supervised release and is not permitted to travel without permission from the Court.

II.

Imoe requests permission to travel to Benin, Nigeria to visit his wife and daughter leaving December 10, 2019 and returning January 10, 2020. He misses his family as he has not seen them in a long time. Imoe is a productive U.S. citizen and is employed with Amazon as a delivery driver. He is current with his payments and has complied with all terms of his supervised release. He has only 16 months left on supervised release.

.

1

III.

The above request for permission to travel will assure continued requirements of supervised release and is adequate to protect the community.

WHEREFORE PREMISES CONSIDERED, Imoe respectfully requests that the Court grant this motion and permit him to travel to Benin, Nigeria.

Respectfully submitted,

/s/ Stephen M. Orr
STEPHEN M. ORR
1107 Nueces Street
Austin, Texas 78701
(512) 472-8392
(512) 473-8417 FAX
Texas Bar No. 15317000

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System which will transmit notification of such filing to all counsel of record.

s/ Stephen M. Orr
STEPHEN M. ORR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | NO: A-16-CR-347(9) SS |
| | § | |
| | § | |
| ROLAND IMOE | § | |

**ORDER**
**on**
**MOTION TO ALLOW TRAVEL**

ON THIS DAY carne on to be heard, Defendant's motion to allow travel in the above referenced case and the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the conditions of bond are as follows:

Defendant is allowed to travel to Benin, Nigeria to visit his wife and daughter, leaving on December 10, 2019 and returning no later than January 10, 2020.

SIGNED THIS _____ day of _____, 2019.

_____
UNITED STATES DISTRICT